JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE C. WOOD,<br><br>    Petitioner,<br><br>    v.<br><br>LCMC HOSPITAL, et al.,<br><br>    Respondent. | Case No. CV 23-00668-FMO (SHK)<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE AND COMPLY WITH A COURT ORDER** |

      On January 25, 2023, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983. (Dkt. 1, "Complaint"). On February 10, 2023, Plaintiff filed a Request to Proceed Without Prepayment of Filing Fees. (Dkt. 4, "IFP Request"). On February 16, 2023, the Court issued an order postponing ruling on Plaintiff's IFP Request and directing him to submit additional financial information. (Dkt. 5, "February 16, 2023 Order"). The Court cautioned Plaintiff that failure to provide the required information within 30 days could result in this action being dismissed without prejudice. (Id.).

      Plaintiff has not responded to the Court's February 16, 2023 Order or paid the applicable filing fee.

///

///

Accordingly, IT IS ORDERED THAT this action is dismissed without prejudice for Plaintiff's failure to prosecute and comply with the Court's order.  See Fed. R. Civ. P. 41(b); see also Link v. Wabash R. Co., 370 U.S. 626, 630-31 (1962) ("The authority of a court to dismiss sua sponte [pursuant to Rule 41(b)] for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."); Pagtalunan v. Galaza, 291 F.3d 639, 642-43 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003) (court may dismiss action for failure to follow court order).

Dated this 29th day of March, 2023.

                                          /s/
                           FERNANDO M. OLGUIN
                    UNITED STATES DISTRICT JUDGE